# EXHIBIT B

# REGISTER OF ACTIONS
## CASE NO. CL-18-2445-B

| | | |
|---|---|---|
| Raquel "Kelly" Ramos Chapa VS. Shire Pharmaceuticals | § § § § § | Case Type: All Other Civil Cases (OCA)<br>Date Filed: 06/05/2018<br>Location: County Court at Law #2 |

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Defendant | Shire Pharmaceuticals | | ESTEBAN SHARDONOFSKY<br>*Retained*<br>713-225-2300(W) |
| Plaintiff | Chapa, Raquel "Kelly" Ramos | | MAURO F. RUIZ<br>*Retained*<br>956-259-8200(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 06/05/2018 | **Original Petition (OCA)**<br>*Plaintiff's Original Petition with Discovery Requests & Jury Demand* |
| 06/07/2018 | **Citation Issued**<br>*CITATION ISSUED TO SHIRE PHARMACEUTICALS* |
| 06/14/2018 | **Service Returned - Served**<br>*SHIRE PHARMACEUTICALS SERVED ON 6-11-18 (CERT. MAIL)* |
| 07/02/2018 | **Answer**<br>*Defendant s Answer* |
| 07/02/2018 | **Notice of Change of Address** |
| 07/03/2018 | **Clerk's Entry**<br>*ADDRESS UPDATED FOR ATTY ESTEBAN SHARDONOFSKY* |

### FINANCIAL INFORMATION

**Defendant** Shire Pharmaceuticals
Total Financial Assessment   4.00
Total Payments and Credits   4.00
**Balance Due as of 07/09/2018**   **0.00**

| | | | | |
|---|---|---|---|---|
| 07/02/2018 | Transaction Assessment | | | 2.00 |
| 07/02/2018 | EFile Payments from TexFile | Receipt # 2018-032373 | Shire Pharmaceuticals | (2.00) |
| 07/02/2018 | Transaction Assessment | | | 2.00 |
| 07/02/2018 | EFile Payments from TexFile | Receipt # 2018-032400 | Shire Pharmaceuticals | (2.00) |

**Plaintiff** Chapa, Raquel "Kelly" Ramos
Total Financial Assessment   286.00
Total Payments and Credits   286.00
**Balance Due as of 07/09/2018**   **0.00**

| | | | | |
|---|---|---|---|---|
| 06/05/2018 | Transaction Assessment | | | 284.00 |
| 06/05/2018 | EFile Payments from TexFile | Receipt # 2018-027327 | Chapa, Raquel "Kelly" Ramos | (284.00) |
| 06/14/2018 | Transaction Assessment | | | 2.00 |
| 06/14/2018 | EFile Payments from TexFile | Receipt # 2018-029272 | Chapa, Raquel "Kelly" Ramos | (2.00) |